IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN TOOLE, | : |
| Plaintiff, | : |
| v. | : NO.  09-CV-00381 |
| GEISINGER SYSTEM SERVICES and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : ELECTRONICALLY FILED : JUDGE CAPUTO |
| Defendants. | : |

STIPULATION

WHEREAS, Plaintiff Carolyn Toole commenced this action on or about March 2, 2009;

WHEREAS, Ms. Toole seeks to recover benefits allegedly owed under a long-term disability plan ("the Plan") made available to her by her former employer, Defendant Geisinger System Services;

WHEREAS all decisions concerning Ms. Toole's eligibility for long-term disability benefits under the Plan were made by the Claims Administrator, Defendant

The Prudential Insurance Company of America; and

WHEREAS the parties have agreed to dismiss Geisinger System Services as a party defendant.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Geisinger System Services are hereby dismissed.

Respectfully submitted,

*[signature]*
Bruce J. Phillips
WETZEL, CAVERLY, SHEA,
    PHILLIPS & RODGERS
Suite 210, 15 Public Sq.
Wilkes-Barre, PA 18701

Attorney for Plaintiff,
Carolyn Toole

*[signature]*
Eric J. Konecke
CUYLER BURK, P.C.
4 Century Drive
Parsippany, NJ 07054

Attorney for Defendant,
The Prudential Insurance
Company of America

Date: April 17, 2009

*[signature]*
Donna A. Walsh
MYERS, BRIER & KELLY, LLP
425 Spruce St., Suite 200
Scranton, PA 18503

Attorney for Defendant,
Geisinger System Services

SO ORDERED: *[signature]* 4/22/09
                                    J.